IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOCORRO TREJO,

      Plaintiff,

vs.                                                                                                  No. 15-CV-704 KG/KBM

SAFEWAY INSURANCE GROUP,
SAFEWAY INSURANCE COMPANY,
ELIZABETH GEORGE, CRAIG MARTIN,
DALE BRO, individual and d/b/a THE
INSURANCE STORE, and JOHN DOE
Adjusters and Agents,

      Defendants.

## ORDER TO SHOW CAUSE

      This matter is before the Court *sua sponte*. The parties are hereby ordered to appear telephonically on **Tuesday, December 8, 2015, at 1:30 P.M.** by calling 505-348-2354 for a show cause hearing. Defendants shall show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. Specifically, the parties shall be prepared to discuss diversity jurisdiction and whether Defendant Dale Bro was fraudulently joined in this action.

      IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE