IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SOCORRO TREJO**

      **Plaintiff,**

vs.                          No. 1:15-cv-00704-KG-KBM

**SAFEWAY INSURANCE GROUP;**
**SAFEWAY INSURANCE COMPANY;**
**ELIZABETH GEORGE;**
**CRAIG MARTIN; and**
**JOHN DOE Adjusters and Agents;**

      **Defendants.**

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion of Plaintiff, Socorro Trejo, and Defendants, Safeway Insurance Group, Safeway Insurance Company, Elizabeth George and Craig Martin, to dismiss Plaintiff's Claims with prejudice pursuant to Fed. R. CIV. P. 41(a)(2), the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of Plaintiff Socorro Trejo, and all claims and causes which could have been brought are hereby dismissed with prejudice. The parties shall bear their own costs and attorney fees.

                                                            UNITED STATES DISTRICT JUDGE

APPROVED:


/s/ *Assent received via email 7/11/16 by:*
George Anthony Bleus
Attorney for Plaintiff


/s/ *James H. Johansen*
James H. Johansen
Attorney for Defendants

2